the taxable year of 1953 to be taxable as ordinary income and not as capital gains;

And the cause having been duly considered on the briefs and oral arguments of attorneys for the respective parties and on the record; and it appearing therefrom that the findings of fact of the tax court are based on substantial evidence and are not clearly erroneous and that the opinion of that court was logically reasoned to the correct result;

The decision of the Tax Court of the United States is affirmed.

Doherty, Rumble & Butler and R. J. Leonard, St. Paul, Minn., for Northern States Power Company.

Robb, Robb & Van Eps and Maugridge S. Robb, Minneapolis, Minn., for Grinnell Company.

Carroll, Thorson, Anderson, & Cronan, and Rolland Thorson, Minneapolis, Minn., and Firestone & Firestone, St. Paul, Minn., for Charles Harris Plumbing Company.

PER CURIAM.

Appeals from District Court dismissed, without taxation of costs in favor of either of the parties in this Court, on stipulation of parties. See also 8 Cir., 261 F.2d 340.

**FULLER BRUSH COMPANY et al.,**
Appellants,

v.

**NORTHERN STATES POWER COMPANY.**

**GRINNELL COMPANY, Inc., Appellant,**

v.

**FULLER BRUSH COMPANY et al.**

**CHARLES HARRIS PLUMBING COMPANY, Appellant,**

v.

**FULLER BRUSH COMPANY et al.**

Nos. 16037–16039.

United States Court of Appeals
Eighth Circuit.

April 16, 1959.

Robins, Davis & Lyons and Harding A. Orren, Minneapolis, Minn., for Fuller Brush Company and Boston Manufacturers Mutual Insurance Company.

**PETROLEUM CORPORATION OF AMERICA, alleged bankrupt,**
Appellant,

v.

**H. L. THORNDAL, Receiver of Petroleum Corporation of America.**

No. 16189.

United States Court of Appeals
Eighth Circuit.

March 5, 1959.

Francis P. O'Neill, Denver, Colo., and R. W. Wheeler, Bismark, N. D., for appellant.

Bjella, Jestrab & Neff, Williston, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed for lack of jurisdiction, on motion of appellee.